UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEDVIENO MAYES, | No. 2:25-cv-0463 DC CSK P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY COURTS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. After reviewing plaintiff's complaint filed January 31, 2025, this Court finds that plaintiff intended to file this complaint as an amended complaint in <u>Mayes v. San Joaquin County Courts, et al.</u>, 2:24-cv-0459 TLN CKD P.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the complaint filed in the instant action (ECF No. 1) in case no. 2:24-cv-0459 TLN CKD P as an amended complaint; and

2. The Clerk of the Court is directed to close the instant action.

Dated: February 27, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Mayes463.ord/2

1